```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
865 Marina Bay Parkway, Suite 43
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Jose Daniel Castillo-Antonio
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jose Daniel Castillo-Antonio,<br>　　　　Plaintiff,<br>Vs.<br>Mohamed A. Dabwan, et al.,<br>　　　　Defendants. | Case Number C-15-1435<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ~~(Proposed)~~ ORDER |

Plaintiff Jose Daniel Castillo-Antonio, through his counsel of record Richard A. Mac Bride, and defendants Mohamed A. Dabwan, Ahmed M. Dabwan, and Fakaha Dabwan, through their counsel of record, Matthew M. Oliveri, hereby stipulate as follows:

1. The parties entered into a Settlement Agreement and General Release in this matter whereby they agreed to resolve all claims and agreed to the dismissal of the above-captioned action with prejudice, with each party to bear their own attorney fees and costs.

2. As of today's date, defendants are in compliance with the terms of the Settlement Agreement and General Release.

3. Accordingly, plaintiff and defendants agree that the hearing on the motion to enforce settlement agreement set for June 30, 2016 at 11 am before this Court can be dropped from calendar.

4. Further, the Parties jointly request that at this time, the Court dismiss this action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Jose Daniel Castillo-Antonio　　　　　　　　　　　　　　4/24/16

Law Offices of Matthew M. Oliveri – By: Matthew M. Oliveri, Esq. /s/ Matthew M. Oliveri

Attorney Defendants Mohamed A. Dabwan, Ahmed M. Dabwan, and Fakaha Dabwan 4/24/16

## [PROPOSED] ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Jose Daniel Castillo-Antonio v. Mohamed A. Dabwan, et al., Case No. C-15-1435, is dismissed with prejudice, with each party to bear his or her own attorney's fees and costs. The motion hearing to enforce settlement agreement set for June 30, 2016 is dropped from calendar.

Date: April 25, 2016



_____
Donna M. Ryu
United States Magistrate Judge

STIPULATION AND ORDER OF DISMISSAL – 15-1435